✎AO 442   (Rev. 05/07) Warrant for Arrest

FBI 1499510

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

FILED by _____ D.C.

JUN 19 2008

STEVEN M. LARIMORE
CLERK U S DIST CT
S.D of FLA.   MIAMI

UNITED STATES OF AMERICA

v.

RICHAR FERNANDEZ,
a/k/a "Richard Fernandez,"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 08-20457-CR-SEITZ

SEALED INDICTMENT

MAGISTRATE JUDGE
O'SULLIVAN

YOU ARE HEREBY COMMANDED to arrest _____ RICHAR FERNANDEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release   ☐ Probation              ☐ Supervised Release   ☐ Violation Notice
   Violation Petition    Violation Petition        Violation

charging him or her with   (brief description of offense)
health care fraud

RECEIVED
UNITED STATES MARSHAL
SOUTHERN DISTRICT OF
FLORIDA
WARRANTS
2008 MAY 30 PM 3:35

in violation of Title __18__ United States Code, Section(s) __1347__

Steven M. Larimore
Name of Issuing Officer

Court Administrator/Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

May 29, 2008, Miami, FL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at  Miami, FL by FBI. |

| DATE RECEIVED<br>05-30-08 | NAME AND TITLE OF ARRESTING OFFICER<br>CHRISTINA PHARO<br>U.S. MARSHAL, SD/FL | SIGNATURE OF ARRESTING OFFICER<br>BY: JOE GODSK  [signature]<br>SDUSM, SD/FL |
|---|---|---|
| DATE OF ARREST<br>06-13-08 | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: **RICHAR FERNANDEZ, a/k/a "Richard Fernandez"**

**$100,000 10% Bond**

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
ALICIA E. SHICK
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): Brian Waterman, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)