UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   08-20457-CR-SEITZ

UNITED STATES OF AMERICA
          Plaintiff,

                                        **NOTICE OF SENTENCING**
vs.

RICHAR FERNANDEZ

          **Defendant**
_____/

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

          By direction of the **Honorable  Patricia A. Seitz**                    , United States District Judge,
**YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on
November 19, 2008 at 8:30 a.m.                    for imposition of sentence.  On that date, report to:

400 North Miami Avenue, Miami, Florida 33128          Courtroom No.:  11-4

where sentence will be imposed.  You will receive no further notice.

          If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that
failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime
Control Act (18 U.S.C. Sec. 3146).

          **IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be
completed.   DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS.  IF ON
BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

          **IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation
Department with the necessary information to prepare the Prosecution version of the Presentence Report.

                                        STEVEN M. LARIMORE
                                        COURT ADMINISTRATOR•CLERK OF COURT

                                   By:   LJWebb
                                                        Deputy Clerk

DATE:  8/22/08

COUNSEL FOR DEFENDANT:  Alejandro de Varona

DEFENDANT: Received in Court

          ☒  GUILTY PLEA          ☐  BOND                TO COUNTS: 1

          ☐  TRIAL                ☐  FEDERAL CUSTODY
                                                          OF TOTAL COUNTS: 12
                                 ☐  STATE CUSTODY

                                 ☒  U.S.M. CUSTODY        AUSA: Alicia Shick

cc:  U.S. Attorney
     U.S. Marshal
     U.S. Probation Office
     Defense Counsel
     Defendant